**Keisha D. RICE, Appellant,**

v.

**JP MORGAN CHASE BANK, N.A., et al., Appellees.**

**No. 1D16–2774.**

District Court of Appeal of Florida, First District.

Nov. 21, 2016.

Patrick R. Frank of Frank & Rice, P.A., Tallahassee, for Appellant.

Thomas H. Loffredo, Fort Lauderdale, and Kristie Hatcher–Bolin, Lake City of GrayRobinson, P.A., for Appellee.

PER CURIAM.

DISMISSED. *Jensen v. Whetstine*, 985 So.2d 1218, 1220 (Fla. 1st DCA 2008) ("An order is not an appealable partial final order where there is a factual overlap between the pending claims and the claims resolved by the order.").

B.L. THOMAS, BILBREY, and M.K. THOMAS, JJ., concur.